Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Vincent Barredo (SBN 275518)
vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Attorneys for Defendant*
*UP Fintech Holding Limited*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVALE BURNS, individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UP FINTECH HOLDING LIMITED, TIANHUA WU, and JOHN FEI ZENG, <br><br> Defendants. | Case No. 2:23-cv-04842-CBM-BFM <br><br> **STIPULATION** <br><br> Dept:     8D <br> Judge:    Hon. Consuelo B. Marshall |

WHEREAS, on June 20, 2023, plaintiff Lavale Burns commenced the above-captioned action by filing a punitive class-action complaint (the "Complaint") asserting claims pursuant to §§ 10(b) and 20(a) of the Security Exchange Act of 1934 against defendants UP Fintech Holding Limited ("UP Fintech"), Tianhua Wu, and John Fei Zeng (collectively, "Defendants") (Dkt. No. 1);

WHEREAS, on July 12, 2023, this Court approved a Stipulation to Extend Time to Respond to Complaint relieving Defendants of any obligation to respond to the Complaint, pending appointment of a lead plaintiff (Dkt. No. 22);

WHEREAS, as set forth in the Stipulation to Extend Time to Respond to Complaint, UP Fintech believes that the above-captioned action ("Action") is subject to a forum selection clause in the deposit agreement governing UP Fintech's issuance of American Depositary Shares ("ADS");

WHEREAS, the Stipulation to Extend Time to Respond to Complaint stated that after the lead plaintiff is selected, the parties are required to confer on, among other things, a schedule for any motion to transfer;

WHEREAS, on January 30, 2024, the Court entered an order appointing David W. Taylor ("Lead Plaintiff") as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and approving Lead Plaintiff's selection of Glancy, Prongay and Murray LLP ("Lead Counsel") as lead counsel pursuant to the PSLRA;

WHEREAS, the ADS issued by UP Fintech trade on the Nasdaq Global Select Market, located in New York, New York;

WHEREAS, the parties have conferred and agree that pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of the parties and witnesses, the Action should be transferred to the United States District Court for the Southern District of New York;

NOW, THEREFORE, Lead Plaintiff and UP Fintech stipulate and agree, subject to the approval of the Court, as follows:

1.    Pursuant to 28 U.S.C. § 1404(a), the Action is hereby transferred to the United States District Court for the Southern District of New York; and

2.    All deadlines in the Action are held in abeyance until such time as a schedule is agreed upon and/or ordered by the transferee court.

IT IS SO STIPULATED.

Dated:  February 14, 2024                    Respectfully submitted,

/s/ Neal A. Potischman

DAVIS POLK & WARDWELL LLP
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Vincent Barredo (SBN 275518)
vincent.barredo@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Attorneys for UP Fintech Holding Limited*

/s/ Charles H. Lineham

GLANCY PRONGAY & MURRAY LLP
Charles H. Lineham (SBN 307439)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: clinehan@glancylaw.com

LOCAL RULE 5-4.3.4 ATTESTATION

I, Neal A. Potischman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Neal A. Potischman*

Neal A. Potischman (SBN 254862)