Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Vincent Barredo (SBN 275518)
vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendant*
*UP Fintech Holding Limited*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVALE BURNS, individual and on behalf of all others similarly situated, | Case No. 2:23-cv-04842-CBM-BFM |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | Dept:     8D |
| | Judge:    Hon. Consuelo B. Marshall |
| UP FINTECH HOLDING LIMITED, TIANHUA WU, and JOHN FEI ZENG, | |
| Defendants. | |

WHEREAS, Lead Plaintiff David W. Taylor and Defendant UP Fintech Holding Limited, having stipulated to transfer the above-captioned action (the "Action") to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of the parties and witnesses;

**NOW, THEREFORE:**

1.      Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this Action, in its entirety, to the United States District Court for the Southern District of New York.

2.      All deadlines in the Action are held in abeyance until such time as a schedule is agreed upon and/or ordered by the transferee court.

**IT IS SO ORDERED.**

Dated:   _____        _____

                                         The Honorable Consuelo B. Marshall
                                         United States District Judge

1

[PROPOSED] ORDER GRANTING STIPULATION – CASE NO. 23-cv-04842-CBM