Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Vincent Barredo (SBN 275518)
vincent.barredo@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Attorneys for Defendant*
*UP Fintech Holding Limited*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVALE BURNS, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UP FINTECH HOLDING LIMITED, TIANHUA WU, and JOHN FEI ZENG,<br><br>Defendants. | Case No. 2:23-cv-04842-CBM-BFMx<br><br>**ORDER RE STIPULATION TO TRANSFER  [60]  [JS-6]**<br><br>Dept:        8D<br>Judge:       Hon. Consuelo B. Marshall |

WHEREAS, Lead Plaintiff David W. Taylor and Defendant UP Fintech Holding Limited, having stipulated to transfer the above-captioned action (the "Action") to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of the parties and witnesses (Dkt. No. 60 (the "Stipulation"));

**NOW, THEREFORE:**

The Stipulation to transfer is **<u>GRANTED</u>**.  Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this Action, in its entirety, to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Dated:   February 15, 2024.

The Honorable Consuelo B. Marshall
United States District Judge