ACCO,(BFMx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:23–cv–04842–CBM–BFM**

| | |
|---|---|
| Lavale Burns v. UP Fintech Holding Limited et al | Date Filed: 06/20/2023 |
| Assigned to: Judge Consuelo B. Marshall | Date Terminated: 02/15/2024 |
| Referred to: Magistrate Judge Brianna Fuller Mircheff | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lavale Burns**
*individually and on behalf of all others*
*similarly situated*

represented by **Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Ang Xiangwei Darren**

represented by **Adam C McCall**
Levi and Korsinsky LLP
445 South Figueroa Street 31st Floor
Los Angeles, CA 90071
213–985–7290
Fax: 202–333–2121
Email: amccall@zlk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Marc Apton**
Levi and Korsinsky LLP
445 South Figueroa Street 31st Floor
Los Angeles, CA 90071
213–985–7290
Fax: 212–363–7171
Email: aapton@zlk.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Ryann Jiin Yuan Lai**

represented by **Laurence M. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Christopher L. Dudleck**                        represented by  **Kenneth P. Dolitsky**
Robbins Geller Rudman and Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619–231–1058
Email: kdolitsky@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle S. Myers**
Robbins Geller Rudman and Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619–231–1058
Fax: 619–231–7423
Email: dmyers@rgrdlaw.com
*TERMINATED: 02/06/2024*

**Juan Carlos Sanchez**
Robbins Geller Rudman and Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101
619–231–1058
Fax: 619–231–7423
Email: jsanchez@rgrdlaw.com
*TERMINATED: 02/06/2024*

**Movant**

**Joon Sau Lee**                                  represented by  **Juan Carlos Sanchez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**David W. Taylor**                               represented by  **Pavithra Rajesh**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: prajesh@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Vincent Prongay**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: rprongay@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Henry Linehan**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: clinehan@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Xu Haojie**                                              represented by **Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
310–405–7190
Email: jpafiti@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood , II**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212–661–1100
Fax: 917–463–1044
Email: ahood@pomlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Wong Haping**                                            represented by **Jennifer Pafiti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UP Fintech Holding Limited**                             represented by **Neal Alan Potischman**
Davis Polk and Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650–752–2000
Fax: 650–752–2111
Email: neal.potischman@davispolk.com
*ATTORNEY TO BE NOTICED*

**Vincent Barredo**
Davis Polk and Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
650–752–2000
Fax: 650–752–2111
Email: vincent.barredo@davispolk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tianhua Wu**

**Defendant**

**John Fei Zeng**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2023 | Ï 1 | COMPLAINT Receipt No: ACACDC–35518367 – Fee: $402, filed by plaintiff Lavale Burns. (Attachments: # 1 Exhibit PSLRA Certification) (Attorney Laurence M. Rosen added to party Lavale Burns(pty:pla))(Rosen, Laurence) (Entered: 06/20/2023) |
| 06/20/2023 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Lavale Burns. (Rosen, Laurence) (Entered: 06/20/2023) |
| 06/20/2023 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lavale Burns. (Rosen, Laurence) (Entered: 06/20/2023) |
| 06/20/2023 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Lavale Burns. (Rosen, Laurence) (Entered: 06/20/2023) |
| 06/20/2023 | Ï 5 | *CERTIFICATION AND* NOTICE of Interested Parties filed by Plaintiff Lavale Burns, (Rosen, Laurence) (Entered: 06/20/2023) |
| 06/21/2023 | Ï 6 | NOTICE OF ASSIGNMENT to District Judge Christina A. Snyder and Magistrate Judge Brianna Fuller Mircheff. (lh) (Entered: 06/21/2023) |
| 06/21/2023 | Ï 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 06/21/2023) |
| 06/21/2023 | Ï 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh) (Entered: 06/21/2023) |
| 06/21/2023 | Ï 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant UP Fintech Holding Limited. (lh) (Entered: 06/21/2023) |
| 06/21/2023 | Ï 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Tianhua Wu, John Fei Zeng. (lh) (Entered: 06/21/2023) |
| 06/23/2023 | Ï 11 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge Christina A. Snyder. ORDER case returned to the Clerk for random reassignment pursuant to General Order 23–05. Case randomly reassigned from Judge Christina A. Snyder to Judge Consuelo B. Marshall for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:23–cv–04842 CBM(BFMx). (rn) (Entered: 06/23/2023) |
| 06/28/2023 | Ï 12 | PROOF OF SERVICE Executed by Plaintiff Lavale Burns, upon Defendant UP Fintech Holding Limited served on 6/22/2023, answer due 7/13/2023. Service of the Summons and Complaint were |

| | | |
|---|---|---|
| | | executed upon UP FINTECH HOLDING LIMITED in compliance with Federal Rules of Civil Procedure by personal service (Rosen, Laurence) (Entered: 06/28/2023) |
| 07/10/2023 | Ï 13 | NOTICE of Appearance filed by attorney Neal Alan Potischman on behalf of Defendant UP Fintech Holding Limited (Attorney Neal Alan Potischman added to party UP Fintech Holding Limited(pty:dft))(Potischman, Neal) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 14 | CORPORATE DISCLOSURE STATEMENT filed by Defendant UP Fintech Holding Limited (Potischman, Neal) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 15 | *Notice of Interested Parties and* CERTIFICATE of Interested Parties filed by Defendant UP Fintech Holding Limited UP Fintech Holding Limited, (Potischman, Neal) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 16 | STIPULATION for Extension of Time to File Response to Complaint filed by Defendant UP Fintech Holding Limited UP Fintech Holding Limited. (Attachments: # 1 Proposed Order)(Potischman, Neal) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 17 | NOTICE of Appearance filed by attorney Vincent Barredo on behalf of Defendant UP Fintech Holding Limited (Attorney Vincent Barredo added to party UP Fintech Holding Limited(pty:dft))(Barredo, Vincent) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 18 | NOTICE OF ERRATA filed by Defendant UP Fintech Holding Limited. correcting Stipulation for Extension of Time to File 16 (Potischman, Neal) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 19 | Corrected STIPULATION for Extension of Time to File Response to Complaint filed by Defendant UP Fintech Holding Limited UP Fintech Holding Limited. (Attachments: # 1 Proposed Order)(Potischman, Neal) (Entered: 07/10/2023) |
| 07/10/2023 | Ï 20 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice of Appearance 17 , Notice of Appearance 13 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123.. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 07/11/2023) |
| 07/12/2023 | Ï 21 | STANDING ORDER upon filing of the complaint by Judge Consuelo B. Marshall. READ THIS ORDER CAREFULLY. It controls this case and may differ in some respects from the Local Rules. (See Order for details) (ys) (Entered: 07/12/2023) |
| 07/12/2023 | Ï 22 | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT 19 by Judge Consuelo B. Marshall: The Court, having considered the Stipulation to Extend Time To Respond to Complaint, hereby ORDERS: 1. The Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the Complaint, subject to the provisions of paragraph 2 below. 2. Promptly after entry of the Order in the above−captioned action, counsel for Defendants and Court−appointed lead counsel shall meet and confer regarding a schedule for (i) the filing of an operative complaint, (ii) any motion to transfer; (iii) any answer, motion to dismiss, or other response thereto, and (iv) any subsequent briefing. Within fourteen (14) days after entry of the Order, the court−appointed lead plaintiff(s) and Defendants shall endeavor to jointly submit a proposed schedule to the Court. 3. Subject to the Court's approval, the scheduling of an initial pretrial conference pursuant to Fed. R. Civ. P. 16(b), the parties' obligations to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a), and the parties' obligations to confer regarding case management and the development of a discovery plan and to submit a written report to the Court pursuant to Fed. R. Civ. P. 26(f), and any associated deadlines, shall be stayed pending the resolution of any motions to dismiss the designated operative complaint contemplated by paragraph 2 above. IT IS SO ORDERED. (shb) Modified on 7/13/2023 (shb). (Entered: 07/13/2023) |

| | | |
|---|---|---|
| 08/21/2023 | ï23 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Ang Xiangwei Darren. Motion set for hearing on 9/19/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Memorandum, # 2 Declaration of Adam M. Apton, # 3 Exhibit A– PSLRA Certification, # 4 Exhibit B– Loss Chart, # 5 Exhibit C– PSLRA Notice, # 6 Exhibit D– Movant Declaration, # 7 Exhibit E– Firm Resume, # 8 Proposed Order) (Attorney Adam Marc Apton added to party Ang Xiangwei Darren(pty:mov)) (Apton, Adam) (Entered: 08/21/2023) |
| 08/21/2023 | ï24 | CERTIFICATE of Interested Parties filed by Movant Ang Xiangwei Darren, (Apton, Adam) (Entered: 08/21/2023) |
| 08/21/2023 | ï25 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Ryann Jiin Yuan Lai. Motion set for hearing on 9/19/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Proposed Order) (Attorney Laurence M. Rosen added to party Ryann Jiin Yuan Lai(pty:mov)) (Rosen, Laurence) (Entered: 08/21/2023) |
| 08/21/2023 | ï26 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 25 filed by Movant Ryann Jiin Yuan Lai. (Rosen, Laurence) (Entered: 08/21/2023) |
| 08/21/2023 | ï27 | DECLARATION of Laurence M. Rosen in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 25 filed by Movant Ryann Jiin Yuan Lai. (Attachments: # 1 Exhibit 1 – PSLRA Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Rosen Law Firm Resume)(Rosen, Laurence) (Entered: 08/21/2023) |
| 08/21/2023 | ï28 | *Certification and* NOTICE of Interested Parties filed by Movant Ryann Jiin Yuan Lai, (Rosen, Laurence) (Entered: 08/21/2023) |
| 08/21/2023 | ï29 | Notice of Appearance or Withdrawal of Counsel: for attorney Juan Carlos Sanchez counsel for Movants Christopher L. Dudleck, Joon Sau Lee. Adding Juan Carlos Sanchez as counsel of record for Christopher L. Dudleck and Joon Sau Lee for the reason indicated in the G–123 Notice. Filed by lead plaintiff movants Christopher L. Dudleck and Joon Sau Lee. (Attorney Juan Carlos Sanchez added to party Christopher L. Dudleck(pty:mov), Attorney Juan Carlos Sanchez added to party Joon Sau Lee(pty:mov))(Sanchez, Juan) (Entered: 08/21/2023) |
| 08/21/2023 | ï30 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* filed by lead plaintiff movants Christopher L. Dudleck, Joon Sau Lee. Motion set for hearing on 9/19/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Proposed Order) (Sanchez, Juan) (Entered: 08/21/2023) |
| 08/21/2023 | ï31 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 30 filed by Movants Christopher L. Dudleck, Joon Sau Lee. (Sanchez, Juan) (Entered: 08/21/2023) |
| 08/21/2023 | ï32 | DECLARATION of Juan Carlos Sanchez in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 30 filed by Movants Christopher L. Dudleck, Joon Sau Lee. (Attachments: # 1 Exhibit A – PSLRA notice, # 2 Exhibit B – Certifications, # 3 Exhibit C – Estimate of losses, # 4 Exhibit D – Joint Declaration)(Sanchez, Juan) (Entered: 08/21/2023) |
| 08/21/2023 | ï33 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* filed by Movant David W. Taylor. Motion set for hearing on 9/19/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Proposed Order) (Attorney Charles Henry Linehan added to party David W. Taylor(pty:mov)) (Linehan, Charles) (Entered: 08/21/2023) |
| 08/21/2023 | ï34 | |

| | | |
|---|---|---|
| | | CERTIFICATE of Interested Parties filed by lead plaintiff movants Christopher L. Dudleck, Joon Sau Lee, (Sanchez, Juan) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 35 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 33 filed by Movant David W. Taylor. (Linehan, Charles) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 36 | DECLARATION of Charles H. Linehan In Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 33 filed by Movant David W. Taylor. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – GPM Firm Resume)(Linehan, Charles) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 37 | NOTICE of Interested Parties filed by Movant David W. Taylor, (Linehan, Charles) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 38 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* filed by Movants Xu Haojie, Wong Haping. Motion set for hearing on 9/19/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Proposed Order) (Attorney Jennifer Pafiti added to party Xu Haojie(pty:mov), Attorney Jennifer Pafiti added to party Wong Haping(pty:mov)) (Pafiti, Jennifer) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 39 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* 38 filed by Movants Xu Haojie, Wong Haping. (Pafiti, Jennifer) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 40 | DECLARATION of Jennifer Pafiti In Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* 38 filed by Movants Xu Haojie, Wong Haping. (Attachments: # 1 Exhibit A – Damages Analysis, # 2 Exhibit B – PSLRA Notice, # 3 Exhibit C – Certifications, # 4 Exhibit D – Joint Movant Declaration, # 5 Exhibit E – Firm Resume)(Pafiti, Jennifer) (Entered: 08/21/2023) |
| 08/21/2023 | Ï 41 | CERTIFICATE of Interested Parties filed by Movants Xu Haojie, Wong Haping, (Pafiti, Jennifer) (Entered: 08/21/2023) |
| 08/29/2023 | Ï 42 | Notice filed by Movant Ryann Jiin Yuan Lai. *NOTICE OF NON–OPPOSITION OF RYANN JIIN YUAN LAI TO COMPETING LEAD PLAINTIFF MOTIONS* (Rosen, Laurence) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 43 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 30 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 25 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* 38 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 23 filed by Movant David W. Taylor. (Linehan, Charles) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 44 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and for Appointment as Lead Plaintiff* 30 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 25 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 33 , NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* 38 filed by Movant Ang Xiangwei Darren. (Apton, Adam) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 45 | Notice of Withdrawal of Motion for Appointment of Counsel, 30 filed by lead plaintiff movants Christopher L. Dudleck, Joon Sau Lee. (Sanchez, Juan) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 46 | RESPONSE IN SUPPORT of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* 38 *and in Opposition to Competing Motions* filed by Movants Xu Haojie, Wong |

| | | |
|---|---|---|
| | | Haping. (Pafiti, Jennifer) (Entered: 08/29/2023) |
| 09/05/2023 | Ï 47 | REPLY Memorandum of Points and Authorities NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 23 filed by Movant Ang Xiangwei Darren. (Attachments: # 1 Declaration of Adam M. Apton, # 2 Exhibit A– Amended Certification, # 3 Exhibit B– Amended Loss Chart, # 4 Exhibit C– Supplemental Declaration)(Apton, Adam) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 48 | REPLY In Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment as Lead Plaintiff* 33 filed by Movant David W. Taylor. (Linehan, Charles) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 49 | REPLY in Further Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Lead Plaintiffs* 38 *Reply Memorandum of Points and Authorities in Further Support of Motion of Xu Haojie and Wong Haping for Appointment as Co–Lead Plaintiffs and Approval of Counsel* filed by Movants Xu Haojie, Wong Haping. (Pafiti, Jennifer) (Entered: 09/05/2023) |
| 09/07/2023 | Ï 50 | IN CHAMBERS – NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Court's own motion, the following motions: Motion of Ang Xiangwei Darren for appoint as lead plaintiff and approval of selection of counsel [23]; Motion of Ryann Jiin Yuan Lai for appointment of counsel (25); Motion of David W. Taylor for appointment of counsel (33) and Motion of Xu Haojie and Wong Haping for appointment as co–lead plaintiffs and approval of counsel 38 , currently scheduled for September 19, 2023, are hereby ordered continued to SEPTEMBER 20, 2023 at 10:00 a.111. Counsel for the parties are ordered to appear in person in Courtroom 8D. IT IS SO ORDERED. (shb) (Entered: 09/07/2023) |
| 09/08/2023 | Ï 51 | NOTICE OF MOTION AND MOTION for Leave to file Sur–Reply filed by Movants Xu Haojie, Wong Haping. Motion set for hearing on 9/20/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Exhibit Proposed Sur–Reply, # 2 Proposed Order) (Pafiti, Jennifer) (Entered: 09/08/2023) |
| 09/11/2023 | Ï 52 | APPLICATION of Non–Resident Attorney J. Alexander Hood II to Appear Pro Hac Vice on behalf of Movants Xu Haojie, Wong Haping (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–36014888) filed by Lead Plaintiff Movants Xu Haojie, Wong Haping. (Attachments: # 1 Supplement Certificates of Good Standing, # 2 Proposed Order Proposed Order) (Pafiti, Jennifer) (Entered: 09/11/2023) |
| 09/12/2023 | Ï 53 | IN CHAMBERS – ORDER RE: MOVANTS XU HAOJIE AND WONG HAPING'S MOTION FOR LEAVE TO FILE SUR–REPLY, 51 by Judge Consuelo B. Marshall: The Motion is DENIED. IT IS SO ORDERED. (shb) (Entered: 09/12/2023) |
| 09/13/2023 | Ï 54 | ORDER by Judge Consuelo B. Marshall: GRANTING 52 Non–Resident Attorney Alexander J. Hood, II APPLICATION to Appear Pro Hac Vice on behalf of Movants Xu Haojie, and Wong Haping, designating Jennifer Pafiti as local counsel. (shb) (Entered: 09/14/2023) |
| 09/20/2023 | Ï 55 | HEARING RE: MOTION FOR APPOINT AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF COUNSEL 23 ; MOTION OF RYAN J. YUAN LAI FOR APPOINTMENT 25 ; MOTION OF DAVID W. TAYLOR FOR APPOINTMENT OF COUNSEL 33 AND MOTION OF HAOJIE & HAPING FOR APPOINTMENT AS CO–LEAD PLAINTIFFS & APPROVAL OF COUNSEL 38 held before Judge Consuelo B. Marshall: The case is called and counsel state their appearance. The Court and counsel confer. Hearings re motions are held. Following oral argument, the Court advises counsel that these motions are taken under submission and a written order will issue. IT IS SO ORDERED. Court Reporter: Miranda Algorri. (shb) (Entered: 09/22/2023) |
| 01/30/2024 | Ï 56 | ORDER RE: MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL 23 25 33 38 by Judge Consuelo B. Marshall, the Court: (1) GRANTS David W. Taylor's Motion for Appointment as Lead Plaintiff and Approval of Glancy, Prongay and |

| | | |
|---|---|---|
| | | Murray LLP as Lead Counsel; (2) DENIES Xu Haojie and Wong Haping's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel Pomerantz LLC; (3) DENIES Xiangwei Darren's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel; and (4) DENIES Ryann Jiin Yuan Lai's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. (jp) (Entered: 02/01/2024) |
| 02/06/2024 | Ï 57 | Notice of Appearance or Withdrawal of Counsel: for attorney Danielle S. Myers counsel for Movant Christopher L. Dudleck. Danielle S. Myers will no longer receive service of documents from the Clerks Office for the reason indicated in the G−123 Notice. Danielle S. Myers is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by lead plaintiff movants Christopher L. Dudleck and Joon Sau Lee. (Myers, Danielle) (Entered: 02/06/2024) |
| 02/06/2024 | Ï 58 | Notice of Appearance or Withdrawal of Counsel: for attorney Juan Carlos Sanchez counsel for Movants Christopher L. Dudleck, Joon Sau Lee. Juan Carlos Sanchez will no longer receive service of documents from the Clerks Office for the reason indicated in the G−123 Notice. Juan Carlos Sanchez is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by lead plaintiff movants Christopher L. Dudleck and Joon Sau Lee. (Sanchez, Juan) (Entered: 02/06/2024) |
| 02/06/2024 | Ï 59 | Notice of Appearance or Withdrawal of Counsel: for attorney Kenneth P. Dolitsky counsel for Movant Christopher L. Dudleck. Kenneth P. Dolitsky will no longer receive service of documents from the Clerks Office for the reason indicated in the G−123 Notice. Kenneth P. Dolitsky is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by lead plaintiff movants Christopher L. Dudleck and Joon Sau Lee. (Dolitsky, Kenneth) (Entered: 02/06/2024) |
| 02/14/2024 | Ï 60 | STIPULATION to Transfer Case to S.D.N.Y. filed by Defendant UP Fintech Holding Limited. (Attachments: # 1 Proposed Order)(Potischman, Neal) (Entered: 02/14/2024) |
| 02/15/2024 | Ï 61 | ORDER RE STIPULATION TO TRANSFER, 60 , [JS−6] by Judge Consuelo B. Marshall: The Stipulation to transfer is GRANTED. Pursuant to 28 U.S.C. § 1404(a),the Court DIRECTS the Clerk to transfer this Action, in its entirety, to the United States District Court for the Southern District of New York. IT IS SO ORDERED. (MD JS−6. Case Terminated.) (shb) (Entered: 02/19/2024) |