**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LAVALE BURNS and DAVID W. TAYLOR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UP FINTECH HOLDING LIMITED, TIANHUA WU, and JOHN FEI ZENG, <br><br> Defendants. | Case No. 1:24-cv-01632-JGLC-RFT <br><br> <u>CLASS ACTION</u> |

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**
**ON BEHALF OF DEFENDANT UP FINTECH HOLDING LIMITED**

PLEASE TAKE NOTICE that, upon the Second Amended Complaint, filed April 21, 2025 (ECF No. 83); the Memorandum of Law, dated July 1, 2025, submitted herewith; the Declaration of Jacob J. Waldman, dated July 1, 2025, and the exhibits thereto, submitted herewith; and upon all prior papers and proceedings herein, Defendant UP Fintech Holding Limited will move this Court, before the Honorable Jessica G. L. Clarke, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, for an Order dismissing the Second Amended Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule (ECF No. 85), entered April 29, 2025, Plaintiff's memorandum of law in opposition, if any, must be served on the undersigned counsel by August 29, 2025.

2

Respectfully submitted,

Dated: July 1, 2025
New York, New York

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

By: */s/ Jacob J. Waldman*

Jesse Bernstein
Jacob J. Waldman
**QUINN EMANUEL URQUHART
 & SULLIVAN, LLP**
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone:  (212) 849-7000
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com

Xiao Liu
Shengling Zhu
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
Unit 502-503, 5th Floor, Nordic House
3 Fengyang Road, Xuhui District
Shanghai 200031
Telephone: (86) 21 34018600
xiaoliu@quinnemanuel.com
shenglingzhu@quinnemanuel.com

*Attorneys for Defendant UP Fintech
Holding Limited*

2