# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

LAVALE BURNS and DAVID W. TAYLOR, Individually
and on Behalf of All Others Similarly Situated,

        Plaintiffs,       24 **CIVIL** 01632 (JGLC)

   -against-            **JUDGMENT**

 UP FINTECH HOLDING LIMITED, TIANHUA WU, and
 JOHN FEI ZENG,

        Defendants.

------------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 26, 2026, the motion to dismiss is

GRANTED. Plaintiffs' claims are dismissed with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

  March 27, 2026

          **TAMMI M. HELLWIG**

          _____

           **Clerk of Court**

    **BY:**

          _____

           **Deputy Clerk**